Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





AMERICAN HOME ASSURANCE
COMPANY,


 Appellant,


v.


MICHAEL AGUILAR,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-09-00133-CV



Appeal from


 168th District Court


of El Paso County, Texas


(TC # 2008-1887)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1(a)(1) because the parties have settled the dispute. We grant the motion and
dismiss the appeal. Costs are assessed against Appellant. See Tex.R.App.P. 42.1(d)(absent
agreement of the parties, costs are taxed against the appellant).


November 24, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.

Rivera, J., not participating